# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRYAN ROSS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. CIV-22-920-R ) |
| GREG WILLIAMS | ) ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin [Doc. 6]. The Court referred the matter to Judge Erwin for initial proceedings pursuant to 28 U.S.C. § 636 [Doc. 4]. The Report and Recommendation concluded Plaintiff's 42 U.S.C. § 1983 action should be dismissed for failure to pay an initial partial filing fee as ordered on October 28, 2022. The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits therein, sought an extension of time in which to object or paid the initial partial filing fee. Accordingly, the Court hereby adopts the Report and Recommendation, and this matter is dismissed without prejudice.

**IT IS SO ORDERED** this 20th day of December 2022.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE